UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
Forest Park Pictures, et al.,
           Plaintiff(s),                   10 Civ. 5168 (CM) (KNF)

    -against-

                                          CALENDAR NOTICE
USA Network, Inc.,
           Defendant(s).
-------------------------------------------------------X

       Please take notice that the above captioned matter has been **scheduled** for a:

| | | |
|---|---|---|
| ___Pre-trial Conference | ___Status Conference | ___ Oral argument |
| ___ Settlement conference | ___Plea Hearing | (Bankruptcy Appeal) |
| _X_ Rule (16) conference | ___Final pre-trial conference | ___Fairness Hearing |
| ___Telephone Conference | ___Jury Selection and Trial | ___ OTSC Hearing |
| ___ Non-Jury Trial | ___Inquest | |

**to Friday, March 1, 2013 at 10:15 A.M. before the Honorable Colleen McMahon, United States District Judge** in Courtroom 14C, U. S. District Court, 500 Pearl Street, New York, New York 10007.

       Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: February 22, 2013
       New York, New York

                                                     So Ordered

                                                     Colleen McMahon, U.S.D.J