



321 West 44th Street
Suite 1000
New York, NY 10036
(212) 850-6100 | Phone
(212) 850-6299 | Fax

Katherine Bolger
212-850-6123
kbolger@lskslaw.com

March 6, 2013

**VIA FACSIMILE**       SO ENDORSED

The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 14C
New York, New York 10007

*Excellent work!*

*Colleen McMahon*
3/6/13

Re: *Forest Park Pictures, et al. v. USA Network, Inc.*, No. 1:10-cv-05168-CM

Dear Judge McMahon:

We represent Defendant Universal Television Networks ("UTN") in the above-referenced action.

On behalf of both parties, we write to inform Your Honor that the parties have reached an agreement in principle to resolve the case. We will present an order of dismissal to the Court after we execute an agreement.

Thank you for your consideration.

Sincerely,

LEVINE SULLIVAN KOCH & SCHULZ, LLP

By: Katherine Bolger

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/7/13