UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

FOREST PARK PICTURES, TOVE CHRISTENSEN, and HAYDEN CHRISTENSEN,

      Plaintiffs,

-against-

UNIVERSAL TELEVISION NETWORKS,

      Defendants.

------------------------------------- x

Case No.: 10-CV-5168 (CM)

**STIPULATION OF DISCONTINUANCE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Forest Park Pictures, Tove Christensen, and Hayden Christensen, and Defendant Universal Television Networks, by and through their undersigned attorneys, that the within matter be, and the same hereby is, dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

Dated: April 30, 2013

By: _____
David M. Marek
LIDDLE & ROBINSON, LLP
800 Third Avenue, 8th Floor
New York, N.Y. 10022
(212) 687-8500
dmarek@liddlerobinson.com

*Attorneys for Plaintiffs Forest Park Pictures, Tove Christensen, and Hayden Christensen*

Dated: April 30, 2013

By: _____
Katherine M. Bolger
LEVINE SULLIVAN KOCH & SCHULZ, LLP
321 West 44th Street, Suite 1000
New York, New York 10036
(212) 850-6123
kbolger@lskslaw.com

*Attorneys for Universal Television Networks*

{00617729;v1}